IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 7:23-CR-39 |
| v. | : |
| | : |
| MARYSOL MUNIZ, | : |
| | : |
| Defendant | : |
| | : |

## ORDER

Upon the motion of the Government, and for the reasons stated in the Government's motion, Count One of the pending indictment is hereby DISMISSED.

SO ORDERED this _10th_ day of _May_, 2023.

_____
W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Hannah M. Couch*
HANNAH M. COUCH
Assistant United States Attorney
Georgia Bar No. 825706
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Facsimile: (478) 621-2655
Email: hannah.couch@usdoj.gov

*Attorney for the United States of America*