IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:23-CR-39 (WLS-TQL) |
| | : | |
| MARYSOL MUNIZ *et al.*, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Presently before the Court are Defendants', Marysol & Moyses Munizs, Unopposed Motions to Continue Trial in the Interests of Justice. (Docs. 42 & 43.) Therein, Defendants move to continue the June 26, 2023, trial term and corresponding June 6, 2023, Pre Trial-Conference to the next Valdosta trial term. (*Id.*) The reason that a continuance is requested is that Defense Counsel require additional time to review discovery and prepare for trial. (*Id.*)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motions to Continue (Docs. 42 & 43) are **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

1

The June 6, 2023 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 1st day of June 2023.

>  /s/ W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**