## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-39 (WLS-TQL) |
| | : | |
| MARYSOL MUNIZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Government's Unopposed Motion (Doc. 58) to Continue Trial in the Interests of Justice ("the Motion") in the above-captioned case filed by the Government. Therein, Defendant the Government requests a continuance of Defendant Marysol Muniz's trial scheduled for the November 2023 trial term. The Government requests this continuance because Defendant Marysol Muniz's co-defendant's trial has already been continued to the February 2024 trial term, and no motion for severance has been granted. Defendant Marysol Muniz does not oppose the Motion. The Government asks the Court to exclude the time period of delay from computation under the Speedy Trial provision of 18 U.S.C. § 3161.

Based on the Government's stated reasons and the fact that the Defendant Marysol Muniz does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant Moyses Muniz in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 58) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division February 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 4th day of October, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**