IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:23-CR-39 (WLS-TQL) |
| MARYSOL MUNIZ, | : |
| Defendant. | : |

### ORDER

Before the Cout is the Government's Motion to Dismiss Indictment (Doc. 83). Therein, the Government moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment (Doc. 1) against Defendant Marysol Muniz because her co-defendant in the case, Moyses Muniz, pleaded guilty on January 11, 2024, and exonerated Defendant Marysol Muniz of all culpability.

Under Federal Rule of Criminal Procedure Rule 48(a) the Government may, with leave of the court, dismiss an indictment. Based on the Government's stated reason, the Court finds good cause to dismiss the Indictment (Doc. 1) against Defendant Marysol Muniz. The Court, therefore, **DISMISSES** the Indictment (Doc. 1) with respect to the charges against Defendant Marysol Muniz. In more detail, the Court **DISMISSES** Count I of the indictment in its entirety; the Court **DISMISSES** Count II of the Indictment only with respect to Defendant Marysol Muniz; and the Court **DISMISSES** Count III of the Indictment in its entirety.

**SO ORDERED**, this 16th day of January 2024

       **/s/ W. Louis Sands**
       **W. LOUIS SANDS, SR. JUDGE**
       **UNITED STATES DISTRICT COURT**